| Description | Current | Year to Date |
|---|---|---|
| PA Tax Withholding | 60.99 | 1848.31 |
| PA Unemployment Tax | 1.44 | 43.42 |
| PHILADELPHIA CITY EIT | 77.34 | 2193.64 |
| Social Security EE | 123.18 | 3407.44 |
| Total | 441.49 | 12515.14 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403BNew | 103.12 | 3719.07 |
| CBC Choice EE | 62.03 | 1488.72 |
| Dental Insurance - Standard | 10.73 | 257.52 |
| Vision Premium | 3.05 | 73.20 |
| Total | 178.93 | 5538.51 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| St Chris Meals | 8.61 | 913.85 |
| Tower Advanced Pay | 479.90 | 11616.21 |
| Voluntary Life Employee | 3.90 | 93.60 |
| Total | 492.41 | 12623.66 |

## Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403B ER Match | 61.87 | 1890.84 |
| Total | 61.87 | 1890.84 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx1279 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxx3533 | Checking | 949.63 |

**ST CHRISTOPHER'S HOSPITAL**
PO Box 16052
Reading, PA 19612-6052 United States of America

Number 3084071
Check Date 12/20/2024

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of

ALAYSIA I. MCCUTCHEN
6604 RIDGE AVE
UNIT 209
PHILADELPHIA, PA 19128
US

Net Pay 949.63

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| ALAYSIA I. MCCUTCHEN | ■ | 2034689 | 12 | 1270 | 12/14/2024 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.50 | 2062.61 | 62028.23 |
| Total Deductions | | 1112.83 | 30677.31 |
| Total Net | | 949.63 | 31347.41 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ETO Cash-Out | | | | 984.39 |
| ETO Unscheduled | | | | 12.79 |
| Earned Time Off | 8.00 | 25.58 | 204.65 | 2820.42 |
| Funeral | | | | 607.92 |
| Group Term Life | | 0.15 | 0.15 | 3.51 |
| Holiday | | | | 1223.88 |
| Overtime | 0.25 | 25.58 | 9.60 | 1590.28 |
| Regular | 72.25 | 25.58 | 1848.21 | 48656.66 |
| Tuition Reimbursement-PA Taxbl | | | | 5250.00 |
| Tuition Reimbursment Taxable | | | | 870.88 |
| Weekend Flat Rate | | | | 7.50 |
| Total | 80.50 | | 2062.61 | 62028.23 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Tax Withholding | 149.73 | 4225.43 |
| Medicare Tax EE | 28.81 | 796.90 |

| Description | Current | Year to Date |
|---|---|---|
| PA Tax Withholding | 62.07 | 1787.32 |
| PA Unemployment Tax | 1.47 | 41.98 |
| PHILADELPHIA CITY EIT | 78.66 | 2116.30 |
| Social Security EE | 125.36 | 3284.26 |
| Total | 431.38 | 12073.65 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403BNew | 104.88 | 3615.95 |
| CBC Choice EE | 62.03 | 1426.69 |
| Dental Insurance - Standard | 10.73 | 246.79 |
| Vision Premium | 3.05 | 70.15 |
| Total | 180.69 | 5359.58 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| St Chris Meals | 35.03 | 905.24 |
| Tower Advanced Pay | 569.95 | 11136.31 |
| Voluntary Life Employee | 3.90 | 89.70 |
| Total | 608.88 | 12131.25 |

## Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403B ER Match | 62.93 | 1828.97 |
| Total | 62.93 | 1828.97 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4974 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5022 | Checking | 219.17 |
| xxxxx1279 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx3533 | Checking | 657.51 |

**ST CHRISTOPHER'S HOSPITAL**
PO Box 16052
Reading, PA 19612-6052 United States of America

Number: 3072565
Check Date: 12/06/2024

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of

ALAYSIA I. MCCUTCHEN
6604 RIDGE AVE
UNIT 209
PHILADELPHIA, PA 19128
US

Net Pay  876.68

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| ALAYSIA I. MCCUTCHEN | ■ | 2034689 | 12 | 1270 | 11/30/2024 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 82.00 | 2097.78 | 59965.62 |
| Total Deductions | | 1220.95 | 29564.48 |
| Total Net | | 876.68 | 30397.78 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ETO Cash-Out | | | | 984.39 |
| ETO Unscheduled | | | | 12.79 |
| Earned Time Off | 14.00 | 25.58 | 358.13 | 2615.77 |
| Funeral | | | | 607.92 |
| Group Term Life | | 0.15 | 0.15 | 3.36 |
| Holiday | 8.00 | 25.58 | 204.65 | 1223.88 |
| Overtime | | | | 1580.68 |
| Regular | 60.00 | 25.58 | 1534.85 | 46808.45 |
| Tuition Reimbursement-PA Taxbl | | | | 5250.00 |
| Tuition Reimbursment Taxable | | | | 870.88 |
| Weekend Flat Rate | | | | 7.50 |
| Total | 82.00 | | 2097.78 | 59965.62 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Tax Withholding | 134.51 | 4075.70 |
| Medicare Tax EE | 29.31 | 768.09 |

| Description | Current | Year to Date |
|---|---|---|
| PA Tax Withholding | 62.27 | 1725.25 |
| PA Unemployment Tax | 1.48 | 40.51 |
| PHILADELPHIA CITY EIT | 78.90 | 2037.64 |
| Social Security EE | 125.76 | 3158.90 |
| Total | 433.07 | 11642.27 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403BNew | 105.20 | 3511.07 |
| CBC Choice EE | 62.03 | 1364.66 |
| Dental Insurance - Standard | 10.73 | 236.06 |
| Vision Premium | 3.05 | 67.10 |
| Total | 181.01 | 5178.89 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| St Chris Meals | 43.19 | 870.21 |
| Tower Advanced Pay | 515.96 | 10566.36 |
| Voluntary Life Employee | 3.90 | 85.80 |
| Total | 563.05 | 11522.37 |

## Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403B ER Match | 63.12 | 1766.04 |
| Total | 63.12 | 1766.04 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4974 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5022 | Checking | 231.72 |
| xxxxx1279 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx3533 | Checking | 695.18 |

ST CHRISTOPHER'S HOSPITAL
PO Box 16052
Reading, PA 19612-6052 United States of America

Number 3061583
Check Date 11/22/2024

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of

ALAYSIA I. MCCUTCHEN
6604 RIDGE AVE
UNIT 209
PHILADELPHIA, PA 19128
US

Net Pay 926.90

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| ALAYSIA I. MCCUTCHEN | | 2034689 | 12 | 1270 | 11/16/2024 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 81.50 | 2104.18 | 57867.84 |
| Total Deductions | | 1177.13 | 28343.53 |
| Total Net | | 926.90 | 29521.10 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ETO Cash-Out | | | | 984.39 |
| ETO Unscheduled | | | | 12.79 |
| Earned Time Off | | | | 2257.64 |
| Funeral | | | | 607.92 |
| Group Term Life | | 0.15 | 0.15 | 3.21 |
| Holiday | | | | 1019.23 |
| Overtime | 1.50 | 25.58 | 57.57 | 1580.68 |
| Regular | 80.00 | 25.58 | 2046.46 | 45273.60 |
| Tuition Reimbursement-PA Taxbl | | | | 5250.00 |
| Tuition Reimbursment Taxable | | | | 870.88 |
| Weekend Flat Rate | | | | 7.50 |
| Total | 81.50 | | 2104.18 | 57867.84 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Tax Withholding | 135.24 | 3941.19 |
| Medicare Tax EE | 29.42 | 738.78 |

https://lsfap.trhmc.org/lawson/xhrnet/ui/windowplain.htm

1/2

|  | Current | Year to Date |
|---|---|---|
| PA Tax Withholding | 61.28 | 1662.98 |
| PA Unemployment Tax | 1.45 | 39.03 |
| PHILADELPHIA CITY EIT | 77.70 | 1958.74 |
| Social Security EE | 123.77 | 3033.14 |
| Total | 419.76 | 11209.20 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403BNew | 145.04 | 3405.87 |
| CBC Choice EE | 62.03 | 1302.63 |
| Dental Insurance - Standard | 10.73 | 225.33 |
| Vision Premium | 3.05 | 64.05 |
| Total | 220.85 | 4997.88 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| St Chris Meals | 26.40 | 827.02 |
| Tower Advanced Pay | 268.94 | 10050.40 |
| Voluntary Life Employee | 3.90 | 81.90 |
| Total | 299.24 | 10959.32 |

## Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403B ER Match | 72.52 | 1702.92 |
| Total | 72.52 | 1702.92 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4974 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5022 | Checking | 283.05 |
| xxxxx1279 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx3533 | Checking | 849.15 |

**ST CHRISTOPHER'S HOSPITAL**
PO Box 16052
Reading, PA 19612-6052 United States of America

Number: 3050565
Check Date: 11/08/2024

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of

ALAYSIA I. MCCUTCHEN
6604 RIDGE AVE
UNIT 209
PHILADELPHIA, PA 19128
US

Net Pay 1132.20

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| ALAYSIA I. MCCUTCHEN | ■ | 2034689 | 12 | 1270 | 11/02/2024 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.75 | 2072.20 | 55763.66 |
| Total Deductions | | 939.85 | 27166.40 |
| Total Net | | 1132.20 | 28594.20 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ETO Cash-Out | | | | 984.39 |
| ETO Unscheduled | | | | 12.79 |
| Earned Time Off | 8.00 | 25.58 | 204.65 | 2257.64 |
| Funeral | | | | 607.92 |
| Group Term Life | | 0.15 | 0.15 | 3.06 |
| Holiday | | | | 1019.23 |
| Overtime | 0.50 | 25.58 | 19.19 | 1523.11 |
| Regular | 72.25 | 25.58 | 1848.21 | 43227.14 |
| Tuition Reimbursement-PA Taxbl | | | | 5250.00 |
| Tuition Reimbursment Taxable | | | | 870.88 |
| Weekend Flat Rate | | | | 7.50 |
| Total | 80.75 | | 2072.20 | 55763.66 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Tax Withholding | 126.62 | 3805.95 |
| Medicare Tax EE | 28.94 | 709.36 |

| Description | Current | Year to Date |
|---|---|---|
| PA Tax Withholding | 79.02 | 1601.70 |
| PA Unemployment Tax | 1.85 | 37.58 |
| PHILADELPHIA CITY EIT | 99.36 | 1881.04 |
| Social Security EE | 159.59 | 2909.37 |
| Total | 569.59 | 10789.44 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403BNew | 185.48 | 3260.83 |
| CBC Choice EE | 62.03 | 1240.60 |
| Dental Insurance - Standard | 10.73 | 214.60 |
| Vision Premium | 3.05 | 61.00 |
| Total | 261.29 | 4777.03 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| St Chris Meals | 47.63 | 800.62 |
| Tower Advanced Pay | 658.94 | 9781.46 |
| Voluntary Life Employee | 3.90 | 78.00 |
| Total | 710.47 | 10660.08 |

## Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403B ER Match | 92.74 | 1630.40 |
| Total | 92.74 | 1630.40 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4974 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5022 | Checking | 277.08 |
| xxxxx5663 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx4182 | Checking | 831.26 |

ST CHRISTOPHER'S HOSPITAL
PO Box 16052
Reading, PA 19612-6052 United States of America

Number 3039614
Check Date 10/25/2024

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of

ALAYSIA I. MCCUTCHEN
6604 RIDGE AVE
UNIT 209
PHILADELPHIA, PA 19128
US

Net Pay 1108.34

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| ALAYSIA I. MCCUTCHEN |  | 2034689 | 12 | 1270 | 10/19/2024 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 103.75 | 2649.84 | 53691.46 |
| Total Deductions |  | 1541.35 | 26226.55 |
| Total Net |  | 1108.34 | 27462.00 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ETO Cash-Out |  |  |  | 984.39 |
| ETO Unscheduled |  |  |  | 12.79 |
| Earned Time Off | 3.00 | 25.58 | 76.74 | 2052.99 |
| Funeral |  |  |  | 607.92 |
| Group Term Life |  | 0.15 | 0.15 | 2.91 |
| Holiday |  |  |  | 1019.23 |
| Overtime | 14.00 | 25.58 | 538.17 | 1503.92 |
| Regular | 79.25 | 25.58 | 2027.28 | 41378.93 |
| Tuition Reimbursement-PA Taxbl |  |  |  | 5250.00 |
| Tuition Reimbursment Taxable |  |  |  | 870.88 |
| Weekend Flat Rate | 7.50 | 1.00 | 7.50 | 7.50 |
| Total | 103.75 |  | 2649.84 | 53691.46 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Tax Withholding | 192.44 | 3679.33 |
| Medicare Tax EE | 37.33 | 680.42 |

https://lsfap.trhmc.org/lawson/xhrnet/ui/windowplain.htm

1/2

|  | Current | Year to Date |
|---|---|---|
| PA Unemployment Tax | 1.48 | 35.73 |
| PHILADELPHIA CITY EIT | 79.26 | 1781.68 |
| Social Security EE | 126.36 | 2749.78 |
| Total | 449.70 | 10219.85 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403BNew | 147.95 | 3075.35 |
| CBC Choice EE | 62.03 | 1178.57 |
| Dental Insurance - Standard | 10.73 | 203.87 |
| Vision Premium | 3.05 | 57.95 |
| Total | 223.76 | 4515.74 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| St Chris Meals | 16.90 | 752.99 |
| Tower Advanced Pay | 965.96 | 9122.52 |
| Voluntary Life Employee | 3.90 | 74.10 |
| Total | 986.76 | 9949.61 |

### Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403B ER Match | 73.98 | 1537.66 |
| Total | 73.98 | 1537.66 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4974 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5022 | Checking | 453.39 |

**ST CHRISTOPHER'S HOSPITAL**
PO Box 16052
Reading, PA 19612-6052 United States of America

Number: 3028298
Check Date: 10/11/2024

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

ALAYSIA I. MCCUTCHEN
6604 RIDGE AVE
UNIT 209
PHILADELPHIA, PA 19128
US

Net Pay 453.39

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| ALAYSIA I. MCCUTCHEN | ▇▇▇ | 2034689 | 12 | 1270 | 10/05/2024 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 81.75 | 2113.76 | 51041.62 |
| Total Deductions | | 1660.22 | 24685.20 |
| Total Net | | 453.39 | 26353.66 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ETO Cash-Out | | | | 984.39 |
| ETO Unscheduled | | | | 12.79 |
| Earned Time Off | | | | 1976.25 |
| Funeral | | | | 607.92 |
| Group Term Life | | 0.15 | 0.15 | 2.76 |
| Holiday | | | | 1019.23 |
| Overtime | 1.75 | 25.58 | 67.15 | 965.75 |
| Regular | 80.00 | 25.58 | 2046.46 | 39351.65 |
| Tuition Reimbursement-PA Taxbl | | | | 5250.00 |
| Tuition Reimbursment Taxable | | | | 870.88 |
| Total | 81.75 | | 2113.76 | 51041.62 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Tax Withholding | 150.49 | 3486.89 |
| Medicare Tax EE | 29.55 | 643.09 |
| PA Tax Withholding | 62.56 | 1522.68 |