Certificate Number: 03088-PAE-DE-039417205

Bankruptcy Case Number: 25-10418



03088-PAE-DE-039417205

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 7, 2025, at 2:53 o'clock PM CST, Alaysia I McCutchen completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 7, 2025

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor